FILED
2015 Dec-11 AM 10:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| REGINA H. COLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 7:15-cv-02124-LSC |
| ) | |
| CAVALRY PORTFOLIO ) | |
| SERVICES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

Counsel for Plaintiff has notified the Court that a settlement agreement has been reached in this matter. Accordingly, this action is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** AND **ORDERED** ON DECEMBER 11, 2015.



L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

182184